FILED

JUN 11 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAUL ANDREW WHEELER, | CV 20–71–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES TOMLINSON, WESTERN EXPRESS, INC., a Tennessee corporation, NATIONAL CASUALTY COMPANY, and COTTINGHAM & BUTLER INSURANCE SERVICES, INC., | |
| Defendants. | |

Before the Court is the Stipulation for Dismissal with Prejudice filed by Plaintiff Paul Andrew Wheeler and Defendant National Casualty Company. (Doc. 7.) The parties represent that, although Defendants Charles Tomlinson, Western Express, Inc., and Cottingham & Butler Insurance Services, Inc. have yet to appear, this matter has been fully settled on the merits. Wheeler also asks the Court to waive "any filing fee by the Plaintiff to avoid judicial and party expense." (Doc. 7 at 2.)

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED

and any pending motions are DENIED AS MOOT. IT IS FURTHER ORDERED that, because no filing fee from Plaintiff Wheeler is due, his request for filing fee waiver is DENIED.

Dated this 11th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court